Larry **BATTISTE**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 41299.**

Missouri Court of Appeals,
Western District.

May 30, 1989.

Motion for Rehearing and/or Transfer
Denied June 27, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

---

**6**

Before BERREY, P.J., and
MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from denial, without evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).